IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSEPH WELLS,**

    Petitioner,

vs.                    CASE NO. 5:09-cv-80/RS-GRJ

**KENNETH S. TUCKER,**[1]

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 29). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on January 27, 2011.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**

---

[1] Kenneth S. Tucker became Secretary of the Florida Department of Corrections on August 24, 211, and is substituted as respondent.